THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARGARET E. TURNER,<br><br>        Plaintiff,<br><br> v.<br><br>EXTENDICARE HOMES, INC.; EXTENDICARE HEALTH NETWORK, INC.; EXTENDICARE HEALTH SERVICES, INC.; ROD HOWE; LORI COLDWELL; and DOES 1-10, individually and severally,<br><br>        Defendants. | No. 05-cv-05505-FDB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>**WITHOUT ORAL ARGUMENT**<br><br>**NOTE ON MOTION CALENDAR: WEDNESDAY, JULY 12, 2006** |

THIS MATTER having come before the Court on the motion of defendants for an order granting defendants' motion for entry of stipulated protective order, and the Court having considered the parties' submissions and the records and files herein; and being fully advised of the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

[PROPOSED] ORDER - 1
Case No. 05-cv-05505-FDB

114773.0038/1309340.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1.  Defendants' Motion is GRANTED in its entirety.

DATED this 18th day of July 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By s/Sarah E. Haushild
　Barbara J. Duffy, WSBA No. 18885
　Sarah E. Haushild, WSBA No. 29626
Attorneys for Defendants Extendicare; Rod Howe; and Lori Colwell

[PROPOSED] ORDER - 2
Case No. 05-cv-05505-FDB

114773.0038/1309340.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

### CERTIFICATE OF SERVICE

I, Lorrie A. Salinas, the undersigned, hereby certify on July 12, 2006, I presented **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** to the Clerk of the Court for filing and uploading to the CM/ECF system.  In accordance with their ECF registration agreement and the Court rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Edwin N. Storz
1111 Main Street, Suite 604
Vancouver, WA  98660
Email:  storz821@cs.com

DATED this 12th day of July 2006.

s/Lorrie A. Salinas
Lorrie A. Salinas

[PROPOSED] ORDER - 3
Case No. 05-cv-05505-FDB

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

114773.0038/1309340.1