UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARGARET E. TURNER,

Plaintiff,

v.

EXTENDICARE HOMES, INC., *et al.*,

Defendants.

Case No. C05-5505FDB

ORDER EXCLUDING DR. TERRY WILLIAMS

Defendants moved to exclude Plaintiff's expert, Dr. Terry Williams from testifying at trial or providing any expert testimony in this case for Plaintiff's continued failure to comply with Fed. R. Civ. P. 26(a)(2)(B) and this Court's June 29, 2006 Order. Having considered the motion, the Court's earlier order, and noting that Plaintiff has filed no response, Defendants' motion is granted.

IT IS ORDERED: Defendants' Motion to Exclude Dr. Terry Williams [Dkt. # 24] is GRANTED, and Dr. Terry Williams is EXCLUDED from testifying at trial and from providing any expert testimony in this case.

DATED this 20th day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1